UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIAN HOUSE,                                                    07CIV5623 LMM

                        Plaintiff,                  **AFFIDAVIT OF**
-against-                                                        **PERSONAL SERVICE**

METRO-NORTH COMMUTER RAILROAD,

                      Defendants.
------------------------------------------------------------X

STATE OF NEW YORK        )
                               :ss.:
COUNTY OF NEW YORK )

      Milton Malave, being duly sworn, deposes and says:

   I am not a party to this action, I am over 18 years of age and I reside in Brooklyn, New York.

   On June 15, 2007, I hand delivered and personally served a Summons and Complaint upon the party identified below:

TO:   Metro-North Commuter Railroad
        347 Madison Avenue
        New York, NY 10017

   by leaving a true and accurate copy thereof with

Ms. Matthews, who identified him/herself as Receptionist.

      Description:   ☐ M    ☒ F

                height: ___5' 8"___

                weight: ___190 lbs___

                age: ___30-35___

                hair Color: ___Red___

Caucasian/ African American/ Asian/ Hispanic/ Indian/ other <u>Caucasian</u>

       (Signature of Server)  *Milton Malave*

       (Print Name)    Milton Malave

Sworn to before me this
15th day of June, 2007

_____
Notary Public

 MICHAEL H. ZHU
Notary Public, State of New York
  No. 02ZH5058266
 Qualified in Queens County
Commission Expires April 1, 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

BRIAN HOUSE

V.

METRO-NORTH COMMUTER RAILROAD

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 5623**

**JUDGE McKENNA**

TO: (Name and address of Defendant)

Metro-North Commuter Railroad
347 Madison Avenue
New York, New York 10017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael H. Zhu, Esquire, P.C.
14 Wall Street, 22nd Floor
New York, New York 10005

of counsel

Paul J. Riley, Esquire
Barish Rosenthal
Bell Atlantic Tower
1717 Arch Street, Suite 4020
Philadelphia, Pa 19103

ACCEPTED ON BEHALF OF METRO-NORTH

JUN 1 5 2007

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUN 1 3 2007

J. MICHAEL McMAHON

CLERK                                    DATE

(By) DEPUTY CLERK

Index No.                Year                    RJI No.                  Hon.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN HOUSE,

                             Plaintiff,

  -against-

METRO-NORTH COMMUTER RAILROAD,

                             Defendant.

## AFFIDAVIT OF PERSONAL SERVICE

MICHAEL H. ZHU, ESQ.

*Attorneys for Plaintiff Brian House*

*Office and Post Office Address, Telephone*

14 WALL STREET, 22ND FLOOR
NEW YORK, N.Y. 10005
(212) 227-2245

---

To                                                                Signature (Rule 130-1.1-a)

                                                                                         Print name beneath

Attorney(s) for

                                                                                   is hereby admitted.

Service of a copy of the within

Dated,
                                         Attorney(s) for

---

Please take notice

☐ **NOTICE OF ENTRY**
that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**
that an order                                               of which the within is a true copy will be presented for
settlement to the HON.                                                                   one of the judges
of the within named court, at
on                                               at                       M

Dated,                                               Yours, etc.
                                                         MICHAEL H. ZHU, ESQ.
                                                         *Attorneys for plaintiff Brian House*
                                                         *Office and Post Office Address*
To                                                                     14 WALL STREET, 22ND FLOOR
                                                           NEW YORK, N.Y. 10005
Attorney(s) for