UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
WILLIAM Z. JUDISKY,

                Plaintiff,

  -against-                               **RULE 7.1 STATEMENT**

                                            07 Civ. 4153 (SCR)(MDF)

METRO-NORTH COMMUTER RAILROAD,

                Defendant.
---------------------------------------------------------------X

METRO-NORTH COMMUTER RAILROAD ("METRO-NORTH") is a public benefit corporation.  (See N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992).)

Accordingly, Rule 7.1 does not apply to Metro-North.

Dated:  New York, New York        RICHARD K. BERNARD
           June 19, 2007                GENERAL COUNSEL

                                        BY:  S/_____
                                         Ioana Wenchell
                                         Attorneys for Defendant
                                         347 Madison Avenue
                                         New York, New York  10017
                                         212-340-2537  -  IW/4775