UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRIAN HOUSE,

                      Plaintiff,

  -against-

METRO-NORTH COMMUTER RAILROAD,

                      Defendant.
------------------------------------------------------------------X

**RULE 7.1 STATEMENT**

07 Civ. 5623 (J. McKenna)

METRO-NORTH COMMUTER RAILROAD ("METRO-NORTH") is a public benefit corporation. (See N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992)).

Accordingly, Rule 7.1 does not apply to Metro-North.

Dated: New York, New York
       June 27, 2007

RICHARD K. BERNARD
GENERAL COUNSEL

BY: _S/_____
    Ioana Wenchell – IW/4775
    Attorneys for Defendant
    347 Madison Avenue
    New York, New York  10017
    (212) 340-2203