UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
HOUSE                               :
                                    :    07 Civ. 5623 (LMM)
            Plaintiff(s),           :
                                    :    CASE MANAGEMENT PLAN
      - against -                   :    AND SCHEDULING ORDER
                                    :
METRO-NORTH                         :    USDC SDNY
                                    :    DOCUMENT
            Defendant(s).           :    ELECTRONICALLY FILED
                                    :    DOC #: _____
------------------------------------x    DATE FILED: 7/20/07

McKENNA, D.J.

1.  Referred to Magistrate Judge _____ for General Pretrial after Initial Case Management Conference.

2.  ___ Complex    ___ Standard    ___ Expedited

3.  Initial document production to be completed by _____.

4.  Party depositions to be completed by _____.

5.  Third party depositions to be completed by _____.

6.  Parties and counsel to meet to discuss settlement by _____.

7.  Experts' reports to be served by _____.

8.  Experts' depositions to be completed by _____.

9.  All discovery to be completed by _____.

10. Next pretrial conference 9/10/07 at 2:00 P.M.

11. Parties consent to trial by Magistrate Judge: ___ Yes ___ No.

12. Other directions:

Dated:    New York, New York
          7/16/07
                                              SO ORDERED.

                                              _____
                                              LAWRENCE M. McKENNA
                                              U.S.D.J.