UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
BRIAN HOUSE                                    07-CV-5623 [LMM]

      Plaintiff,                **NOTICE OF**
-against-                                      **MOTION FOR**
                                               **ADMISSION**
                                               <u>**PRO HAC VICE**</u>

METRO NORTH COMMUTER RAILROAD

      Defendant.
------------------------------------------X

  **PLEASE TAKE NOTICE**, that upon the annexed attorney affirmation of Michael H. Zhu, affidavit of Paul J. Riley, in support of this Motion and the Certificate of Good Standing annexed thereto, that on _____, 2007 the undersigned will move this Court before the Honorable Lawrence M. McKenna at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.13(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York for an Order allowing the admission of movant, Paul J. Riley, Esquire a member in good standing of the Bar of Pennsylvania, an attorney pro hac to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against either Mr. Riley or your affirmant in any State of Federal Court.

Dated: New York, New York
    August 22, 2007

                          Michael H. Zhu, Esq., P.C.

              BY:   *[signature]*
                        Michael Zhu, Esquire
                        Attorneys for Plaintiff
                        Brian House
                        14 Wall Street, 22nd Floor
                        New York, New York 10005
                        (212) 227-2245

TO:  Ioana Wenchell, Esq.
     Metro-North Commuter Railroad
     347 Madison Avenue
     New York, New York 10017

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
BRIAN HOUSE                                    07-CV-5623 [LMM]
                                               AFFIRMATION IN
                    Plaintiff,                 SUPPORT OF
     -against-                                 MOTION FOR
                                               ADMISSION
                                               PRO HAC VICE
METRO NORTH COMMUTER RAILROAD


                    Defendant.
------------------------------------------X
```

  Michael H. Zhu, an attorney duly admitted to practice before the United States District Court in the Southern District of New York, respectfully affirms under the penalties of perjury, as follows:

  1. I am co-counsel for Plaintiff. As such, I am familiar with the pleadings and proceedings in this action.

  2. I submit this Affirmation in support of the instant motion for an order pursuant to Local Rule 1.13(c) for the admission *pro hac vice* of Paul J. Riley, Esquire to participate in the discovery, trial or argument of this particular action, together with such other and further relief as this Court may deem just an proper.

  3. I have known the Barish Rosenthal and the candidate Paul J. Riley, Esquire for more than one year professionally, and can attest to his good character and moral standing and, as such, hereby move for Mr. Riley's admission to the bar of this

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
BRIAN HOUSE                                    07-CV-5623 [LMM]

                    Plaintiff,
    -against-                                  AFFIDAVIT


METRO NORTH COMMUTER RAILROAD


                    Defendant.
------------------------------------------X
```

Paul John Riley, Esquire, being duly sworn, hereby deposes and says as follows:

1. I am a practitioner of the law firm of Barish Rosenthal, 1717 Arch Street, Philadelphia, Pennsylvania since

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the Supreme Court of Pennsylvania.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. Annexed hereto as Exhibit "A" is a Certificate of Good Standing from the Supreme Court of Pennsylvania.

6. Wherefore your Affiant respectfully submits that I should be permitted to appear as Counsel and advocate pro hac

vice in this case.

_____
Paul J. Riley, Esq.

Dated:   Philadelphia, PA
         August 17, 2007

Sworn to and before me this 17
day of August                     , 2007.

_____
Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
MICHELLE M. NUCIFORO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 16, 2010



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Paul John Riley, Esq.*

### DATE OF ADMISSION

### *November 21, 1988*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 10, 2007

John W. Person, Jr., Esq.
Deputy Prothonotary

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
BRIAN HOUSE                              07-CV-5623 [LMM]

                    Plaintiff,
     -against-                           ORDER FOR
                                         ADMISSION
                                         PRO HAC VICE
METRO NORTH COMMUTER RAILROAD


                    Defendant.
-------------------------------------X
```

**AND NOW**, this ___ day of, 2007 upon consideration of Mr. Paul John Riley, Esq, Motion for Admission Pro Hac Vice, pursuant to Local Rule 1.13(c), and any response thereto, said Motion is **GRANTED**.

BY THE COURT:

_____

U.S.D.J.

## AFFIRMATION OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing NOTICE OF MOTION FOR ADMISSION PRO HAC VICE, ATTORNEY'S AFFIRMATION AND AFFIDAVIT to defendant was served by first-class mail, postage prepaid, upon:

Ioana Wenchell, Esq.
Metro-North Commuter Railroad
347 Madison Avenue
New York, New York 10017

on this 22nd day of August, 2007.

Michael H. Zhu, Esq. PC
Attorneys for
Plaintiff Brian House

By: _____
    Michael H. Zhu

14 Wall Street - 22nd Floor
New York, New York 10005-1198
(212) 227-2245