```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BRIAN HOUSE

                    Plaintiff,
    -against-

METRO NORTH COMMUTER RAILROAD


                    Defendant.
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/07

07-CV-5623 [LMM]

ORDER FOR
ADMISSION
PRO HAC VICE

AND NOW, this 30 day of August, 2007 upon consideration of Mr. Paul John Riley, Esq, Motion for Admission Pro Hac Vice, pursuant to Local Rule 1.13(c), and any response thereto, said Motion is **GRANTED**. Mr. Riley is admitted pro hac vice as counsel for plaintiff

BY THE COURT:

_____ 8/30/07
U.S.D.J.

**AFFIRMATION OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing NOTICE OF MOTION FOR ADMISSION PRO HAC VICE, ATTORNEY'S AFFIRMATION AND AFFIDAVIT to defendant was served by first-class mail, postage prepaid, upon:

Ioana Wenchell, Esq.
Metro-North Commuter Railroad
347 Madison Avenue
New York, New York 10017

on this 22nd day of August, 2007.

Michael H. Zhu, Esq. PC
Attorneys for
Plaintiff Brian House

By: _____
    Michael H. Zhu

14 Wall Street - 22nd Floor
New York, New York 10005-1198
(212) 227-2245

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BRIAN HOUSE

                    Plaintiff,

-against-

METRO NORTH COMMUTER RAILROAD

                    Defendant.
------------------------------------X

07-CV-5623 [LMM]

**AFFIDAVIT**

Paul John Riley, Esquire, being duly sworn, hereby deposes and says as follows:

1. I am a practitioner of the law firm of Barish Rosenthal, 1717 Arch Street, Philadelphia, Pennsylvania since

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the Supreme Court of Pennsylvania.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. Annexed hereto as Exhibit "A" is a Certificate of Good Standing from the Supreme Court of Pennsylvania.

6. Wherefore your Affiant respectfully submits that I should be permitted to appear as Counsel and advocate pro hac