UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/07

------------------------------------x

BRIAN HOUSE                         :

                Plaintiff,   :     07 Civ. 5623 (LMM)

   - against -                    :     ORDER OF DISMISSAL

METRO NORTH COMMUTER             :
RAILROAD           Defendant.    :

------------------------------------x

McKENNA, D.J.

     The Court having been advised by counsel that the above-entitled action has been settled, it is

     ORDERED that the above entitled action be and hereby is dismissed with prejudice and without costs to any party, subject to the right to reopen if the settlement is not consummated within __60__ days.

Dated:  New York, New York
        9/7/07 ,

SO ORDERED.

_____
LAWRENCE M. MCKENNA
United States District Judge