USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

BRIAN HOUSE

               **Plaintiff,**

-against-

METRO-NORTH
COMMUTER RAILROAD

               **Defendant,**
---------------------------------------------------------------X

Index No. 07-CV-05623 (LMM)

STIPULATION & ORDER OF
DISCONTINUANCE
WITH PREJUDICE

**IT IS HEREBY STIPULATED, CONSENTED TO, AND AGREED,** by and between the undersigned attorneys of record for all the parties appearing in the above-entitled action, that whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and on the merits, each party to bear its own costs.

**IT IS FURTHER STIPULATED, CONSENTED TO, AND AGREED,** that this stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       October 10, 2007

BARISH ♦ ROSENTHAL

_____
PAUL J. RILEY, ESQUIRE
Bell Atlantic Tower, Suite 4020
1717 Arch Street
Philadelphia, Pennsylvania 19103

Yours, etc.,

METRO-NORTH COMMUTER RAILROAD

_____
IONA WENCHELL, ESQUIRE
347 Madison Avenue, 19th Floor
Legal Department
New York, New York 10017

_____ 10/17/07
U.S.D.J.